18-CV-280-CG-MU

# 5.

IN THE UNITED STATES DISTRICT COURT
FOR THE Southern DISTRICT OF Alabama
_____ DIVISION
*(Write the District and Division, if any, of the court in which the complaint is filed.)*

Ronald Vincent Williams' #239426
_____
_____
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against- The Dean; Coastal Alabama Community College, Advisor: Mr. Lavon W. Smith, Fountain Annex, Fac. Warden's Classification Ofc, Ms. Misty Barger, Et.al.,

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

"Tort"
**Complaint for Violation of Civil Rights** "Violation"
(Prisoner Complaint) Pro/Se, Declaration Of Human
Case No. Rights, Article "26"
*(to be filled in by the Clerk's Office)*

Jury Trial:  ☑ Yes  ☐ No
*(check one)*

FILED JUN 20 '18 PM 2:30 USDC-ALS

## NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in *forma pauperis*.

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Ronald Vincent Williams #239426
   All other names by which you have been known: Ronnie Williams

   ID Number: #239426
   Current Institution: Fountain Annex Facility
   Address: P.O. Box 3800, Dorm M-41-A, Atmore, Alabama 36502

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

   Defendant No. 1
   Name: Coastal Alabama Community College
   Job or Title (if known): Dean Et. Al.,
   Shield Number:
   Employer: Coastal Alabama Community College
   Address: 1900 Highway 31 South, Bay Minette, Alabama ~~36507~~ 36507

   [X] Individual capacity     [X] Official capacity

   Defendant No. 2
   Name: Mr. Lavon W. Smith Et. Al.,

Job or Title (if known): School Advisor; Teacher, Counselor;
Shield Number: Fountain Fac. Campus.
Employer: Coastal Alabama Community College.
Address: G.K. Fountain Correctional Fac. Campus, Atmore, Alabama 36502

[x] Individual capacity          [x] Official capacity

Defendant No. 3

Name: Ms. Cook, Et. Al.,
Job or Title (if known): Warden: "A"
Shield Number:
Employer: Jefferson Dunn, Prison Commissioner,
Address: G.K. Fountain Correctional Facility, Atmore, Alabama, 36502

[ ] Individual capacity          [x] Official capacity

Defendant No. 4

Name: Ms. Misty Barager, Et.. Al.,
Job or Title (if known): Classification Specialist:
Shield Number: Fountain Annex Fac.
Employer: Warden: Ms. Cook, Mr. Streeter, A.D.O.C.
Address: Fountain Annex Fac. P.O. Box 3800, Atmore, Alabama 36502

[x] Individual capacity          [ ] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

3

A. Are you bringing suit against *(check all that apply)*:

☒ Federal officials (a *Bivens* claim)

☐ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

This Universal Declaration Of Human Rights

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Declaration Of Human Rights, "Article 26"

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Abused Their Authority, Using A.D.O.C. System's to Submit Fraudulent Federal Grant Claims, Upon The Plaintiff Person Without his Consent or Knowledge of Such Claims.

III. **Prisoner Status**

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

4

☒ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☐ Other *(explain)* _____

IV. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

Trade School- Fountain Corr. Campus, 2013, And 2018, The Plaintiff, Never Enrolled in Trade School in 2013, The Plaintiff Did Enroll in Trade School in 2017-2018.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

Trade School- Fountain Corr. Campus, G.K. Fountain Corr. 2013, Trade School- Fountain Corr. Campus, Or K. Fountain Corr. 2018, Fountain Annex Fac. 2018.

C. What date and approximate time did the events giving rise to your claim(s) occur?

2-2013, Fraudulent Claims, were Made by defendants. 1-2018, The Plaintiff were denied and Education in 2018, Do To Fraudulent Federal Grant Made by defendants in 2013 without the Plaintiff Knowledge or Consent.

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

1. The Plaintiff were denied an Education or Trade from 1-2018 to 5-2018, Do to the Fraudulent grant filed by Trade School And A.D.O.C. Administrators already received funding in 2013, while the Plaintiff were housed in Mobile County AL. working in Satsuma AL. Public Work Dept, 2013.

5

The Plaintiff 2018, enrollment were in vain for five, month unable to receive any credit for being in small engines repairs, do to fraudulent claims were allowed in 2018, without the Plaintiff Mr. Williams' knowledge.

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Denied Credit, for More then 98% of full semester in Coastal Alabama Community College, were working for City of Atmore AL. Public Works Dept. before my start in Small Engines repair, Jan, 8, 2018 to May 4th 2018. No Credit, because No funding, do to fraudulent federal grant claims were made by the defendants, which hindered the plaintiff Mr. Williams, from his completion of trade in Small Engines repairs.

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

All Defendants to be relieved or removed from their Administrative duties, And "Ten 10" Thousand Dollars of U.S.C. Paid in full, And Request And full Investigation of wrong doing made by Coastal Ala. Comm. Col., and Ala. Dept. of Corr. Admin.

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

6

A.  Did your claim(s) arise while you were confined in a jail, <u>prison,</u> or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

G.L. Fountain Corr. Fac. / Fountain Annex

B.  Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☐ Yes

☑ No

☐ Do not know

C.  Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☐ No

☑ Do not know

If yes, which claim(s)?

The Plaintiff Mr. Williams, taken it upon himself and submitted (synova) affidavits by mail or inmates request box before all named defendants

D.  Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes   Form of Affidavits, some I spoken with face to face,

☐ No

7

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☒ Yes Spoken with and Affidavit,
☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

In form of Sworn Affidavit, and Spoken with on 5-13-18, deputy warden: Mr. Streeter, I spoke with and gave Mr. Streeter, Affidavit, And, Head Warden: Ms. Cool, received Affidavit, 6-4-18, and Spoken with her 6-7-18, (6-6-18,)

2. What did you claim in your grievance?

Affidavit / Spoken How Fraudulent Federal grant were Allowed to be filed you 1grade, I never received in 2013, And because of the Fraudulent claims filed by school Administrator I were now being denied an Education in 2018,.

3. What was the result, if any?

Both Warden's stated they would look into the matter, deputy warden: Mr. Streeter, and warden: Ms. Cool, 5-13-18, 6-6-18, 6-7-18, "6-1-18, Streeter" Classification: Ms. Barnaby, 5-23-18, 5-24-18 School Dean: 5-13-18,

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. (Describe all efforts to appeal to the highest level of the grievance process.)

The Plaintiff has Not received necessary response from any of Named defendants other then word of Mouth, from both Wardens: Mr. Streeter, And Ms. Cool,.

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

No Grievance Process here. The Plaintiff only process were sworn Affidavits, and the Plaintiff gave statement to both warden's and Classification Ms. Baragan, who submitt, inmate info.

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

Warden: Mr. Streeter, 5-13-18, Affidavit-6-6-18, Classification: Ms. M. Baragan, 5-23-18, Affidavit 5-24-18, Time 2:45pm. College Dean: Affidavit, Mailed to College 5-11-18. Both Warden: Agreed the College was wrong. And would. No response from College Dean. C.A.C.C.

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

The Plaintiff were denied his credit for his 2012 and 2018, First and Second semester and Graduation in 2018, Do to Fraudulent grant claims were filed in 2013, Fraud.

(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes
☒ No

If so, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

_____

_____

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☒ Yes

☐ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) Ronald Vincent Williams
   Defendant(s) W. Walter Miller, Et. Al.,

2. Court *(if federal court, name the district; if state court, name the county and State)*

   Middle District Of Alabama,

3. Docket or index number  2:16-cv-00-110-MHT

   2:16-cv-00-198-MHT

4. Name of Judge assigned to your case

   Terry F. Moorer

5. Approximate date of filing lawsuit

   8-2015,

6. Is the case still pending?

   ☒ Yes

   ☐ No

   If no, give the approximate date of disposition. _____

10

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   None

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

   ☑ Yes

   ☐ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

   1. Parties to the previous lawsuit

      Plaintiff(s) Ronald Vincent Williams,
      Defendant(s) Willie Mailben, et. al.,

   2. Court *(if federal court, name the district; if state court, name the county and State)*

      Southern District Of Alabama

   3. Docket or index number

      1:16-cv-00-253-KD-e

   4. Name of Judge assigned to your case

      Honorable Judge: William E. Cassady

   5. Approximate date of filing lawsuit

      5-2016

   6. Is the case still pending?

      ☐ Yes

      ☑ No

11

      If no, give the approximate date of disposition. _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

__The Don't really Know what happen__

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _____, 20___.

Signature of Plaintiff     __Ronald Vincent Williams__
Printed Name of Plaintiff  __Ronald Vincent Williams__
Prison Identification #    __#239426__
Prison Address             __Fountain Annex Corr. Fac. P.O. Box 3800__
                           __Dorm-M-4A, Atmore AL. 36502__
                           City            State            Zip Code

### B. For Attorneys

Date of signing: _____, 20___.

Signature of Attorney      __ProSE__
Printed Name of Attorney   _____
Bar Number                 _____
Name of Law Firm           _____

From: Mr. Ronald Darlene Williams #253920
Fountain Annex Work Center
P.O. Box 3800 M-41-A1
Atmore, Alabama 36502

To: THE Court Clerk:
THE UNITED STATES District Court
FOR THE SOUTHERN District Of Alabama
Southern Division
113 St. Joseph Street
Mobile, Alabama 36602

This Correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication.